**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RICKY S. ANDERSON,                    )
                                      )      CIVIL ACTION NO 05 - 1301
                    Petitioner,       )
v.                                    )      Judge David S. Cercone
                                      )      Magistrate Judge Lenihan
POLICE COMMISSIONER, et al,           )
                                      )
                    Respondents.      )

## ORDER

In September 2005 Plaintiff filed a Petition for Habeas Corpus. He failed to pay the five

dollar filing fee and he did not file a motion to proceed in forma pauperis ("IFP"). He was sent

an Order of Court on September 22, 2005 that he should either include an IFP motion or pay the

filing fee, no later than October 13, 2005. Petitioner did nothing. On June 1, 2006 another order

was entered directing the Petitioner to show cause why the case should not be dismissed for

failure to prosecute.

Petitioner responded by saying that he had no money but did not attach an IFP motion.

Therefore, Petitioner is again ordered to complete and file a motion to proceed in forma pauperis

along with a certified account statement from his prison account from the last six months.  In

forma pauperis forms are enclosed herewith. Petitioner is further ordered to read and comply

with the directions on those forms. Petitioner is ordered to complete and file the forms no later

than November 7, 2006 or the Court will again enter a show cause order as to why the case

should not be dismissed.


Dated: Oct. 11, 2006                           /s/Lisa Pupo Lenihan
                                               Magistrate Judge Lisa Pupo Lenihan

cc:    RICKY S. ANDERSON
        3399-03
        Westmoreland County Jail
        3000 South Grande Boulevard
        Greensburg, PA 15601